UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

VOCES DE LA FRONTERA, INC., RAMIRO
VARA, OLGA VARA, JOSE PEREZ, and
ERICA RAMIREZ,

        Plaintiffs,

v.

Members of the Wisconsin Government
Accountability Board, each only in his official
capacity:
MICHAEL BRENNAN, DAVID DEININGER,
GERALD NICHOL, THOMAS CANE,
THOMAS BARLAND, TIMOTHY VOCKE,
and KEVIN KENNEDY, director and general
counsel for the Wisconsin Government
Accountability Board,

        Defendants.

Case No. 11-CV-1011

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas L. Shriner, Jr., Kellen C. Kasper, and Foley & Lardner LLP hereby appear as attorneys for F. James Sensenbrenner, Jr., Thomas E. Petri, Paul D. Ryan, Jr., Reid J. Ribble, and Sean P. Duffy, the proposed intervenor-defendants in *Baldus, et al. v. Brennan, et al.*, No. 11-cv-562, the case with which consolidation is sought by the plaintiffs in this action. The undersigned therefore request that copies of future pleadings and notices be served upon them until such time as the Court grants or denies the motion to consolidate.

4833-1634-3822.1
Case 2:11-cv-01011-JPS-DPW-RMD    Filed 11/16/11    Page 1 of 2    Document 9

Dated this 16th day of November, 2011.

                    FOLEY & LARDNER LLP

                    s/ Thomas L. Shriner, Jr.
                    Thomas L. Shriner, Jr.
                    Wisconsin Bar No.1015208
                    Kellen C. Kasper
                    Wisconsin Bar No.1081365
                    FOLEY & LARDNER LLP
                    777 East Wisconsin Avenue
                    Milwaukee, Wisconsin 53202-5306
                    414.297.5601 (TLS)
                    414.297.5783 (KCK)
                    414.297.4900 (facsimile)

                    Attorneys for Proposed Intervenor-Defendants F. James Sensenbrenner, Jr., Thomas E. Petri, Paul D. Ryan, Jr., Reid J. Ribble, and Sean P. Duffy